UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 06-328 (PAM/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Je Vang, | |
| Defendant. | |

This matter is before the Court on Defendant's Objections to the Pre-Sentence Report, Request for Hearing, and Position on Sentencing. Although Defendant raised several issues, the Court will address only the fast-track program issue and will defer ruling on the other issues until sentencing.

Relying on 18 U.S.C. § 3553(a)(6), Defendant argues that the disparity created by the existence of fast-track programs in other jurisdictions is unwarranted. That argument fails in light of <u>United States v. Sebastian</u>, 436 F.3d 913, 916 (8th Cir. 2006), which held that sentencing disparities arising from the fast-track programs are not unwarranted. Accordingly, the Court denies Defendant's request for a variance on that ground.

Dated: February 14, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge